1   STEVEN M. SCHATZ, State Bar No. 118356
    sschatz@wsgr.com
2   DOUGLAS J. CLARK, State Bar No. 171499          **E-Filed 7/15/2010**
    dclark@wsgr.com
3   KELLEY M. KINNEY, State Bar No. 216823
    kkinney@wsgr.com
4   DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
    dalepin@wsgr.com
5   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
6   650 Page Mill Road
    Palo Alto, CA 94304-1050
7   Telephone:  (650) 493-9300
    Facsimile:  (650) 565-5100
8
    Attorneys for Nominal Defendants
9   Akeena Solar, Inc., and Individual Defendants
    Barry Cinnamon, and Gary Effren
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14

15  EVELYN SABBAG, Derivatively on Behalf of     )   CASE NO.:  10-CV-02735-JF
    AKEENA SOLAR, INC.,                          )
                                                 )   **STIPULATION AND [PROPOSED**
16                                               )   **ORDER] EXTENDING DEADLINE**
            Plaintiff,                           )   **OF NOMINAL DEFENDANT**
17                                               )   **AKEENA, AND INDIVIDUAL**
        v.                                       )   **DEFENDANTS CINNAMON AND**
18                                               )   **EFFREN TO RESPOND TO**
    BARRY CINNAMON, GARY EFFREN,                 )   **COMPLAINT**
    EDWARD ROFFMAN, JON WITKIN,                  )
19  GEORGE LAURO, and DAVID WALLACE,             )
                                                 )
20          Defendants,                          )
                                                 )
21  -and-                                        )
                                                 )
22  AKEENA SOLAR, INC., a Delaware               )
    corporation,                                 )
23                                               )
            Nominal Defendant.                   )
24  _____        )

25

26

27

28

On June 22, 2010, plaintiff Evelyn Sabbag ("Plaintiff") filed the Verified Shareholder Derivative Complaint for Breach of Fiduciary Duty, Unjust Enrichment, Waste of Corporate Assets and Violations of California Corporations Code ("Complaint").

**WHEREAS,** nominal defendant Akeena Solar, Inc., and individual defendants Barry Cinnamon, and Gary Effren (collectively "Defendants") have been served with the summons and complaint, and pursuant to Rule 12 of the Federal Rules of Civil Procedure their response to the Complaint is currently due July 13, 2010;

**WHEREAS,** counsel for Defendants and counsel for Plaintiff have agreed that Defendants will file their motion(s) pursuant to Federal Rule of Civil Procedure 12(b)(6) on or before July 30, 2010.

*******

**NOW THEREFORE,** the parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, and the Court hereby orders, that:

1. Defendants shall file motion(s) pursuant to Federal Rule of Civil Procedure 12(b)(6) by July 30, 2010.

Dated: July 12, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Steven M. Schatz
Douglas J. Clark
Kelley M. Kinney
Dominique-Chantale Alepin
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

By: /s/ Dominique-Chantale Alepin
        Dominique-Chantale Alepin

*Attorneys for Nominal Defendant Akeena*
*Solar, Inc., and Individual Defendants Barry*
*Cinnamon, and Gary Effren*

1  Dated:  July 12, 2010                    ROBBINS UMEDA LLP

2                                           Marc M. Umeda
                                            George C. Aguilar
3                                           Ashley R. Palmer
                                            mumeda@robbinsumeda.com
4                                           gaguilar@ robbinsumeda.com
                                            apalmer@ robbinsumeda.com
5                                           San Diego, CA 92101
                                            Telephone: (619) 525-3990
6                                           Facsimile: (619) 525-3991

7                                           By:  /s/ George C. Aguilar
                                                   George C. Aguilar
8
                                            *Attorneys for Plaintiff Evelyn Sabbag*
9

10                               **ORDER**

11          PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13  Dated:  ___7/15/2010___

14                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ECF CERTIFICATION

2         I, Dominique-Chantale Alepin, am the ECF User whose ID and password are being used

3  to file this Stipulation and [Proposed] Order Extending Deadline to Respond to Complaint.  In

4  compliance with General Order 45, X.B., I hereby attest that George C. Aguilar, counsel for

5  Plaintiff, has concurred in this filing.

6

7

8  DATED:  July 12, 2010                          WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation
9

10                                                 By:  /s/ Dominique-Chantale Alepin
                                                        Dominique-Chantale Alepin
11
                                                   *Attorneys for Nominal Defendant Akeena Solar,*
12                                                 *Inc., and Individual Defendants Barry Cinnamon,*
                                                   *and Gary Effren*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28