ROBBINS UMEDA LLP
MARC M. UMEDA (197847)
mumeda@robbinsumeda.com
GEORGE C. AGUILAR (126535)
gaguilar@robbinsumeda.com
ASHLEY R. PALMER (246602)
apalmer@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

Attorneys for Plaintiff Sabbag
Proposed Co-Lead Counsel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| EVELYN SABBAG, Derivatively on Behalf of AKEENA SOLAR, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BARRY CINNAMON, GARY EFFREN, EDWARD ROFFMAN, JON WITKIN, GEORGE LAURO, and DAVID WALLACE,<br><br>　　　　　　　Defendants,<br>　-and-<br><br>AKEENA SOLAR, INC., a Delaware corporation,<br><br>　　　　　　　Nominal Defendant. | Case No.: 10-cv-002735-JF-HRL<br><br>**PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION BY MOVANT JOHN R. KLEIN TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12 AND OBJECTION TO THE STIPULATION CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED MATTERS AND [PROPOSED] ORDER THEREON** |

[Caption continued on following page]

---

| | |
|---|---|
| VINCENT F. CILURZO and AUDREY T. CILURZO, Derivatively on Behalf of AKEENA SOLAR, INC., | Case No.: 10-cv-02806-JF |
| Plaintiffs, | |
| v. | |
| BARRY CINNAMON, EDWARD ROFFMAN, GARY EFFREN, GEORGE LAURO, DAVID WALLACE, and JON WITKIN, | |
| Defendants, -and- | |
| AKEENA SOLAR, INC., a Delaware corporation, | |
| Nominal Defendant. | |
| DONALD A. TRISKETT, Derivatively on Behalf of AKEENA SOLAR, INC., | Case No.: 10-cv-02992-JF |
| Plaintiff, | |
| v. | |
| BARRY CINNAMON, GARY EFFREN, EDWARD ROFFMAN, and JON WITKIN, | |
| Defendants, -and- | |
| AKEENA SOLAR, INC., a Delaware corporation, | |
| Nominal Defendant. | |
| DANIEL JAQUEZ, Derivatively on Behalf of AKEENA SOLAR, INC., | Case No.: 10-cv-03020-JF |
| Plaintiff, | |
| v. | |
| BARRY CINNAMON, PRADEEP JOTWANI, ED ROFFMAN, JON MATHEW WITKIN, GARY EFFREN, and DOES 1-20, | |
| Defendants, -and- | |
| AKEENA SOLAR, INC., a Delaware corporation, | |
| Nominal Defendant. | |

PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION BY MOVANT JOHN R. KLEIN TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12 & OBJECTION TO STIPULATION CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED MATTERS AND [PROPOSED] ORDER THEREON
CASE NOS. 10-cv-02735-JF-HRL, 10-cv-02806-JF, 10-cv-02992-JF, 10-cv-0320-JF & 10-cv-03387-PVT

| | |
|---|---|
| JOHN R. KLEIN, Derivatively on Behalf of AKEENA SOLAR, INC., | Case No.: 10-cv-03387-PVT |
| Plaintiff, | |
| v. | |
| BARRY CINNAMON, GARY EFFREN, EDWARD ROFFMAN, and JON WITKIN, | |
| Defendants, | |
| -and- | |
| AKEENA SOLAR, INC., | |
| Nominal Defendant. | |

PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION BY MOVANT JOHN R. KLEIN TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12 & OBJECTION TO STIPULATION CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED MATTERS AND [PROPOSED] ORDER THEREON
CASE NOS. 10-cv-02735-JF-HRL, 10-cv-02806-JF, 10-cv-02992-JF, 10-cv-0320-JF & 10-cv-03387-PVT

1 | Plaintiffs Evelyn Sabbag, Vincent F. Cilurzo, Audrey T. Cilurzo, Donald A. Triskett, and
2 | Daniel Jaquez, (collectively "Plaintiffs") by and through their counsel, submit this Response to
3 | Administrative Motion by Movant John R. Klein ("Movant") to Consider Whether Cases Should
4 | Be Related Pursuant to the Civil Local Rule 3-12 and Objection to the Stipulation Consolidating
5 | Actions, Appointing Lead Counsel, and Related Matters and [Proposed] Order Thereon (the
6 | "Motion").

7 | Plaintiffs support John R. Klein's ("Klein") request to the extent that it seeks to relate
8 | *Klein v. Cinnamon, et al.*, Case No. 10-CV-03387-PVT to the above-captioned derivative actions
9 | (the "Present Actions") (which this Court deemed related on July 22, 2010), and reassign *Klein*
10 | to this Court pursuant to Local Rule 3-12(f)(3).

11 | Plaintiffs, however, reject Klein's argument that this Court should decline to sign and
12 | enter the Stipulation Consolidating Actions, Appointing Lead Counsel, and Related Matters and
13 | [Proposed] Order Thereon (the "Stipulation"), which was filed by the parties in the Present
14 | Actions on July 30, 2010.  The Stipulation requests that the Present Actions be consolidated, sets
15 | forth a leadership structure, and proposes a schedule for the filing of Plaintiffs' consolidated
16 | complaint and the briefing on defendants' anticipated motion to dismiss and motion to stay.
17 | Klein's argument that the Stipulation should be denied is based entirely on his assertion that he
18 | should be given an opportunity to meet and confer with the parties in the Present Actions prior to
19 | the Court entering the Stipulation.  First, the *Klein* action, which alleges strikingly similar
20 | allegations to those in the Present Actions that have been pending since June 22, 2010, was not
21 | filed until August 2, 2010 – after the parties in the Present Actions met and conferred, signed,
22 | and filed the Stipulation.

23 | Second, the counsel for Plaintiffs in the Present Actions have met and conferred with
24 | Klein's counsel concerning the subjects of the Stipulation, but an agreement has not been
25 | reached.  The parties' good-faith efforts to coordinate with each other and promote the efficient

- 1 -

27 | PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION BY MOVANT JOHN R. KLEIN TO CONSIDER
28 | WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12 & OBJECTION TO STIPULATION CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED MATTERS AND [PROPOSED] ORDER THEREON
CASE NOS. 10-cv-02735-JF-HRL, 10-cv-02806-JF, 10-cv-02992-JF, 10-cv-0320-JF & 10-cv-03387-PVT

litigation of this derivative action should not be disturbed by a plaintiff that took much longer to file a substantially similar complaint and whose request to deny entry of the proposed Stipulation would cause unnecessary delay. Plaintiffs stand ready to honor the Stipulation by filing a consolidated complaint by tomorrow, Friday, August 6. The Stipulation should be granted because four of the five plaintiffs (every plaintiff except Klein), support the proposed Stipulation and leadership structure.

Accordingly, Plaintiffs respectfully request that the Court deem *Klein* related to the Present Actions, reassign *Klein* to this Court, and grant the Stipulation.

DATED: August 5, 2010

ROBBINS UMEDA LLP
MARC M. UMEDA
GEORGE C. AGUILAR
ASHLEY R. PALMER

     s/ George C. Aguilar
_____
     GEORGE C. AGUILAR

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Attorneys for Plaintiff Evelyn Sabbag*

DATED: August 5, 2010

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
MICHAEL GOLDBERG

     s/Michael Goldberg
_____
     MICHAEL GOLDBERG

1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

LAW OFFICES OF HOWARD G. SMITH
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

- 2 -

|   |   |   |
|---|---|---|
| 1 |   | *Attorneys for Plaintiffs Vincent F. Cilurzo and Audrey T. Cilurzo* |
| 2 |   |   |
| 3 | DATED:  August 5, 2010 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 4 |   | DARREN J. ROBBINS |
|   |   | TRAVIS E. DOWNS III |
| 5 |   | BENNY C. GOODMAN III |
| 6 |   |   |
| 7 |   | s/Travis E. Downs III |
|   |   | TRAVIS E. DOWNS III |
| 8 |   | 655 West Broadway, Suite 1900 |
|   |   | San Diego, CA 92101 |
| 9 |   | Telephone: (619) 231-1058 |
|   |   | Facsimile:  (619) 231-7423 |
| 10 |   |   |
|   |   | ROBBINS GELLER RUDMAN & DOWD LLP |
| 11 |   | SHAWN A. WILLIAMS |
| 12 |   | 100 Pine Street, Suite 2600 |
|   |   | San Francisco, CA 94111 |
| 13 |   | Telephone: (415) 288-4545 |
|   |   | Facsimile:  (415) 288-4534 |
| 14 |   |   |
| 15 |   | GOLDFARB BRANHAM, LLP |
|   |   | HAMILTON LINDLEY |
| 16 |   | 2501 North Harwood Street, Suite 1801 |
|   |   | Dallas, TX 75201 |
| 17 |   | Telephone: (214) 583-2233 |
|   |   | Facsimile:  (214) 583-2234 |
| 18 |   | *Attorneys for Plaintiff Donald A. Triskett* |
| 19 | DATED:  August 5, 2010 | JOHNSON BOTTINI, LLP |
|   |   | FRANCIS A. BOTTINI, JR. |
| 20 |   | FRANK J. JOHNSON |
|   |   | BRETT M. WEAVER |
| 21 |   |   |
| 22 |   | s/Francis A. Bottini, Jr. |
|   |   | FRANCIS A. BOTTINI, JR. |
| 23 |   | 501 West Broadway, Suite 1720 |
|   |   | San Diego, CA 92101 |
| 24 |   | Telephone: (619) 230-0063 |
|   |   | Facsimile:  (619) 238-0622 |
| 25 |   |   |
| 26 |   | *Attorneys for Plaintiff Daniel Jaquez* |

- 3 -

27  PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION BY MOVANT JOHN R. KLEIN TO CONSIDER
WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12 & OBJECTION TO
28  STIPULATION CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED MATTERS
AND [PROPOSED] ORDER THEREON
CASE NOS. 10-cv-02735-JF-HRL, 10-cv-02806-JF, 10-cv-02992-JF, 10-cv-0320-JF & 10-cv-03387-PVT

1    I, George C. Aguilar, am the ECF User whose ID and password are being used to file
2 Plaintiffs' Statement in Support of Administrative Motion to Consider Whether Cases Should be
3 Related Pursuant to Local Rule 3-12. In compliance with General Order No. 45, X.B., I hereby
4 attest that Michael Goldberg, Travis E. Downs III, and Francis A. Bottini, Jr. have concurred in
5 this filing.

s/George C. Aguilar<br>GEORGE C. AGUILAR

- 4 -
PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION BY MOVANT JOHN R. KLEIN TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12 & OBJECTION TO STIPULATION CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED MATTERS AND [PROPOSED] ORDER THEREON
CASE NOS. 10-cv-02735-JF-HRL, 10-cv-02806-JF, 10-cv-02992-JF, 10-cv-0320-JF & 10-cv-03387-PVT

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice List. I hereby certify that I have sent notification and served a copy of the filing via electronic mail and/or U.S. Mail to the following parties listed below:

**VIA ELECTRONIC MAIL AND U.S. MAIL**

SCHUBERT JONCKHEER & KOLBE LLP
ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
MIRANDA P. KOLBE
DUSTIN L. SCHUBERT
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
E-mail: rschubert@lschubertlawfirm.com
    wjonckheer@schubertlawfirm.com
    mkolbe@schubertlawfirm.com
    dschubert@schubertlawfirm.com

LAW OFFICE OF PETER A. LAGORIO
PETER A. LAGORIO
63 Atlantic Avenue
Boston, MA 021110
E-mail: plagorio@lagoriolaw.com

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
E-mail: lglancy@glancylaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS
100 Pine Street, Suite 2600
San Francisco, CA 94111
E-mail: shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA 92101
E-mail: darrenr@rgrdlaw.com
    travisd@rgrdlaw.com
    bennyg@rgrdlaw.com

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
FRANK J. JOHNSON
BRETT M. WEAVER
501 West Broadway, Suite 1720
San Diego, CA 92101
E-mail: frankb@johnsonbottini.com
    frankj@johnsonbottini.com
    brett@johnsonbottini.com

GOLDFARB BRANHAM, LLP
HAMILTON LINDLEY
2501 North Harwood Street, Suite 1801
Dallas, TX 75201
E-mail: hlindley@goldfarbbranham.com

- 5 -
PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION BY MOVANT JOHN R. KLEIN TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12 & OBJECTION TO STIPULATION CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED MATTERS AND [PROPOSED] ORDER THEREON
CASE NOS. 10-cv-02735-JF-HRL, 10-cv-02806-JF, 10-cv-02992-JF, 10-cv-0320-JF & 10-cv-03387-PVT

**VIA U.S. MAIL**

LAW OFFICES OF HOWARD G. SMITH
3070 Bristol Pike, Suite 112
Bensalem, PA 19020

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 5, 2010.

s/George C. Aguilar<br>GEORGE C. AGUILAR

514911

- 6 -
PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION BY MOVANT JOHN R. KLEIN TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12 & OBJECTION TO STIPULATION CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED MATTERS AND [PROPOSED] ORDER THEREON
CASE NOS. 10-cv-02735-JF-HRL, 10-cv-02806-JF, 10-cv-02992-JF, 10-cv-0320-JF & 10-cv-03387-PVT