UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVELYN SABBAG,<br>      Plaintiff,<br><br>V.<br>BARRY CINNAMON,<br>      Defendants. | Case No.  CV-10-2735-JF<br><br>ORDER ADMINISTRATIVELY<br>CLOSING CONSOLIDATED ACTION |

      On August 25, 2010 the above entitled matter was consolidated with case numbers CV-10-2806-JF, CV-10-2992-JF, CV-10-3020-JF and CV-10-3387-JF.  At that time, the Court deemed case number CV-10-2735-JF the lead case.  In light of the consolidation, the clerk shall administratively close the following cases:  CV-10-2806-JF, CV-10-2992-JF, CV-10-3020-JF and CV-10-3387-JF.

IT IS SO ORDERED.

Dated: May 17, 2011

_____
JEREMY FOGEL
United States District Judge