JORDAN ETH (CA SBN 121617)
JEth@mofo.com
JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
BARRY CINNAMON, GARY EFFREN,
EDWARD ROFFMAN, JON WITKIN,
GEORGE LAURO, DAVID WALLACE,
PRADEEP JOTWANI, and AKEENA
SOLAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVELYN SABBAG, derivatively on Behalf of AKEENA SOLAR, INC.<br><br>Plaintiff,<br><br>v.<br><br>BARRY CINNAMON, GARY EFFREN, EDWARD ROFFMAN, JON WITKIN, GEORGE LAURO, PRADEEP JOTWANI, and DAVID WALLACE<br><br>Defendants,<br><br>and<br><br>AKEENA SOLAR, INC., a Delaware corporation,<br><br>Nominal Defendant. | Lead Case No.: 10-cv-002735-JF-HRL<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 10CV002735J F-HRL

WHEREAS, on August 25, 2010 the Court entered an order consolidating actions;

WHEREAS, on September 10, 2010, plaintiffs filed a Verified Consolidated Shareholder Derivative Complaint;

WHEREAS, on October 7, 2010, the Court entered an order appointing Robbins Umeda LLP and Glancy Binkow & Goldberg LLP as co-lead counsel;

WHEREAS, on December 10, 2010, the Court entered an order dismissing plaintiffs' Section 14(a) claim, and staying the remainder of the action;

WHEREAS, on July 15, 2011, defendants filed a Notice of and Motion for Substitution of Counsel;

WHEREAS, on July 28, 2011, the Court entered an order granting defendants' Motion for Substitution of Counsel;

WHEREAS, this matter is set for a Case Management Conference on August 5, 2011;

WHEREAS, the parties believe they would benefit from additional time for the purpose of facilitating a final resolution of this matter and to prepare and complete documentation pursuant thereto.

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the parties, by and through their attorneys of record, that the Case Management Conference presently set for August 5, 2011 at 10:30 a.m. shall be continued to September 9, 2011 at 10:30 a.m., or as soon thereafter as is convenient for the Court.

Dated: August 3, 2011                                              MORRISON & FOERSTER LLP

By:      /s/  Judson E. Lobdell

Judson E. Lobdell

*Attorneys for Defendants Barry Cinnamon, Gary Effren, Edward Roffman, Jon Witkin, George Lauro, David Wallace, Pradeep Jotwani, and Akeena Solar, Inc.*

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 10CV002735J F-HRL

1

2  Dated: August 3, 2011 GLANCY BINKOW & GOLDBERG LLP

3
By:      /s/ Michael Goldberg
4 Michael Goldberg

5 *Attorneys for Plaintiffs Evelyn Sabbag, Donald Triskett, Daniel Jaquez, and John Klein*

6
Dated: August 3, 2011
7 ROBBINS UMEDA LLP

8 By:      /s/  George Aguilar

9 George Aguilar

*Attorneys for Plaintiff Evelyn Sabbag*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 10CV002735J F-HRL

E-filing attestation: I, Judson E. Lobdell, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Michael Goldberg and George Aguilar have concurred in this filing.

Dated: August 3, 2011

By: /s/Judson E. Lobdell
Judson E. Lobdell

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/4/11

*[signature]*

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE