JORDAN ETH (CA SBN 121617)
JEth@mofo.com
JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

**E-Filed 9/7/2011**

Attorneys for Defendants
BARRY CINNAMON, GARY EFFREN,
EDWARD ROFFMAN, JON WITKIN,
GEORGE LAURO, DAVID WALLACE,
PRADEEP JOTWANI, and AKEENA
SOLAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVELYN SABBAG, derivatively on Behalf of AKEENA SOLAR, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>BARRY CINNAMON, GARY EFFREN, EDWARD ROFFMAN, JON WITKIN, GEORGE LAURO, PRADEEP JOTWANI, and DAVID WALLACE<br><br>    Defendants,<br><br>and<br><br>AKEENA SOLAR, INC., a Delaware corporation,<br><br>    Nominal Defendant. | Lead Case No.:  10-cv-002735-JF-HRL<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

1    WHEREAS, on August 25, 2010 the Court entered an order consolidating actions;

2    WHEREAS, on September 10, 2010, plaintiffs filed a Verified Consolidated Shareholder

3    Derivative Complaint;

4    WHEREAS, on October 7, 2010, the Court entered an order appointing Robbins Umeda

5    LLP and Glancy Binkow & Goldberg LLP as co-lead counsel;

6    WHEREAS, on December 10, 2010, the Court entered an order dismissing plaintiffs'

7    Section 14(a) claim, and staying the remainder of the action;

8    WHEREAS, on July 15, 2011, defendants filed a Notice of and Motion for Substitution of

9    Counsel;

10    WHEREAS, on July 28, 2011, the Court entered an order granting defendants' Motion for

11    Substitution of Counsel;

12    WHEREAS, on August 4, 2011, the Court entered an order continuing the Case

13    Management Conference in this action to September 9, 2011 at 10:30 a.m.;

14    WHEREAS, the parties believe they would benefit from additional time for the purpose of

15    facilitating a final resolution of this matter and to prepare and complete documentation pursuant

16    thereto.

17    THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the parties, by and

18    through their attorneys of record, that the Case Management Conference presently set for

19    September 9, 2011 at 10:30 a.m. shall be continued to October 14, 2011 at 10:30 a.m., or as soon

20    thereafter as is convenient for the Court.

21

22    Dated: September 7, 2011                     MORRISON & FOERSTER LLP

23

24                                  By:        /s/  Judson E. Lobdell

25                                        Judson E. Lobdell

26                                        *Attorneys for Defendants Barry Cinnamon, Gary Effren, Edward Roffman, Jon Witkin, George Lauro, David Wallace, Pradeep Jotwani, and Akeena Solar, Inc.*

27

28

1

2   Dated: September 7, 2011

3                                               ROBBINS UMEDA LLP

                              By:        /s/  George Aguilar
4
                                       George Aguilar
5                                      *Attorneys for Plaintiff Evelyn Sabbag*

6
    Dated: September 7, 2011                    GLANCY BINKOW & GOLDBERG LLP
7

8                             By:        /s/ Marc Godino

9                                      Marc Godino
                                       *Attorneys for Plaintiffs Evelyn Sabbag, Donald*
10                                     *Triskett, Daniel Jaquez, and John Klein*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 10cv002735J F-HRL
sf-3042405                                                                         2

1        E-filing attestation:  I, Judson E. Lobdell, am the ECF User whose ID and password are

2    being used to file this Stipulation and [Proposed] Order Continuing Case Management

3    Conference.  In compliance with General Order 45, X.B., I hereby attest that Marc Godino and

4    George Aguilar have concurred in this filing.

5

6

7        Dated: September 7, 2011

8                      By:_____ /s/Judson E. Lobdell_____

9                          Judson E. Lobdell

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

Dated: _____9/7/2011_____                    _____

6                                            HONORABLE JEREMY FOGEL

7                                            UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28