1  MARC M. UMEDA
   MUmeda@robbinsumeda.com
2  GEORGE C. AGUILAR
   GAguilar@robbinsumeda.com
3  ASHLEY R. PALMER
   APalmer@robbinsumeda.com
4  ROBBINS UMEDA LLP
   600 B Street, Suite 1900
5  San Diego, California 92101
   Telephone: 619.525.3990
6  Facsimile: 619.525.3991

7  MICHAEL GOLDBERG
   MARC GODINO
8  info@glancylaw.com
   GLANCY BINKOW & GOLDBERG LLP
9  1801 Avenue of the Stars, Suite 3100
   Los Angeles, California 90067
10
   Attorneys for Plaintiffs
11 Evelyn Sabbag, Vincent Cilurzo, Audrey
   Cilurzo, Donald Triskett, Daniel Jacquez, and
12 John R. Klein

13
14                    UNITED STATES DISTRICT COURT
15                    NORTHERN DISTRICT OF CALIFORNIA
16                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 17  EVELYN SABBAG, derivatively on Behalf of AKEENA SOLAR, INC. | Lead Case No.:  10-cv-002735-MMC |
| 18                  Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| 19       v. | |
| 20  BARRY CINNAMON, GARY EFFREN, EDWARD ROFFMAN, JON WITKIN, GEORGE LAURO, PRADEEP JOTWANI, and DAVID WALLACE | |
| 21 | |
| 22 | |
| 23                  Defendants, | |
| 24  and | |
| 25  AKEENA SOLAR, INC., a Delaware corporation, | |
| 26                  Nominal Defendant. | |

27
28

1  WHEREAS, on August 25, 2010 the Court entered an order consolidating actions;

2  WHEREAS, on September 10, 2010, plaintiffs filed a Verified Consolidated Shareholder

3  Derivative Complaint;

4  WHEREAS, on October 7, 2010, the Court entered an order appointing Robbins Umeda

5  LLP and Glancy Binkow & Goldberg LLP as co-lead counsel;

6  WHEREAS, on December 10, 2010, the Court entered an order dismissing plaintiffs'

7  Section 14(a) claim, and staying the remainder of the action;

8  WHEREAS, on July 15, 2011, defendants filed a Notice of and Motion for Substitution of

9  Counsel;

10  WHEREAS, on July 28, 2011, the Court entered an order granting defendants' Motion for

11  Substitution of Counsel;

12  WHEREAS, on August 4, 2011, the Court entered an order continuing the Case

13  Management Conference in this action to September 9, 2011 at 10:30 a.m.;

14  WHEREAS, on September 7, 2011, the Court entered an order continuing the Case

15  Management Conference in this action to October 14, 2011 at 10:30 a.m.

16  WHEREAS, the parties believe they would benefit from additional time for the purpose of

17  facilitating a final resolution of this matter and to prepare and complete documentation pursuant

18  thereto.

19  THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the parties, by and

20  through their attorneys of record, that the Case Management Conference presently set for October

21  14, 2011 at 10:30 a.m. shall be continued to December 16, 2011 at 10:30 a.m., or as soon

22  thereafter as is convenient for the Court.

23  Dated: October 11, 2011

24  ROBBINS UMEDA LLP

25

26  By:     /s/ George Aguilar
27  George Aguilar
   *Attorneys for Plaintiff Evelyn Sabbag*
28

Dated: October 11, 2011						GLANCY BINKOW & GOLDBERG LLP

							By:	/s/ Marc Godino
									Marc Godino

							*Attorneys for Plaintiffs Evelyn Sabbag, Donald Triskett, Daniel Jaquez, and John Klein*

Dated: October 11, 2011						MORRISON & FOERSTER LLP

							By:	/s/ Judson E. Lobdell

								Judson E. Lobdell

							*Attorneys for Defendants Barry Cinnamon, Gary Effren, Edward Roffman, Jon Witkin, George Lauro, David Wallace, Pradeep Jotwani, and Akeena Solar, Inc.*

1     <u>E-filing attestation</u>: I, Judson E. Lobdell, am the ECF User whose ID and password are
2 being used to file this Stipulation and [Proposed] Order Continuing Case Management
3 Conference. In compliance with General Order 45, X.B., I hereby attest that Marc Godino and
4 George Aguilar have concurred in this filing.

7 Dated: October 11, 2011

8                                                  By:              /s/Judson E. Lobdell
9                                                           Judson E. Lobdell

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Case Management Conference, currently set for October 14, 2011 at 10:30 a.m. is hereby continued to December 16, 2011 at 10:30 a.m.

Dated: October 11, 2011

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE