1 | ROBBINS UMEDA LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsumeda.com
GEORGE C. AGUILAR (126535)
gaguilar@robbinsumeda.com
ASHLEY R. PALMER (246602)
apalmer@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
MARC GODINO
info@glancylaw.com
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EVELYN SABBAG, Derivatively on Behalf of AKEENA SOLAR, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>BARRY CINNAMON, GARY EFFREN, EDWARD ROFFMAN, JON WITKIN, GEORGE LAURO, and DAVID WALLACE,<br><br>    Defendants,<br> -and-<br><br>AKEENA SOLAR, INC., a Delaware corporation,<br><br>    Nominal Defendant. | Lead Case No.: 10-cv-002735-MMC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

1	WHEREAS, on August 25, 2010, the Court entered an order consolidating five related derivative actions filed on behalf of Akeena Solar, Inc.;

WHEREAS, on September 10, 2010, plaintiffs filed a Verified Consolidated Shareholder Derivative Complaint;

WHEREAS, on October 7, 2010, the Court entered an order appointing Robbins Umeda LLP and Glancy Binkow & Goldberg LLP as co-lead counsel for plaintiffs;

WHEREAS, on December 10, 2010, the Court entered an order dismissing plaintiffs' Section 14(a) claim, and staying the remainder of the action;

WHEREAS, on July 15, 2011, defendants filed a Notice of and Motion for Substitution of Counsel;

WHEREAS, on July 28, 2011, the Court entered an order granting defendants' Motion for Substitution of Counsel;

WHEREAS, on August 4, 2011, the Court entered an order continuing the Case Management Conference in this action to September 9, 2011, at 10:30 a.m.;

WHEREAS, on September 7, 2011, the Court entered an order continuing the Case Management Conference in this action to October 14, 2011, at 10:30 a.m.;

WHEREAS, on October 11, 2011, the Court entered an order continuing the Case Management Conference in this action to December 16, 2011, at 10:30 a.m.; and

WHEREAS, the parties believe they would benefit from additional time for the purpose of facilitating a final resolution of this matter and to prepare and complete documentation pursuant thereto.

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the parties, by and through their attorneys of record, that the Case Management Conference presently set for December 16, 2011, at 10:30 a.m. shall be continued to March 16, 2012, at 10:30 a.m., or as soon thereafter as is convenient for the Court.

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANGEMENT CONFERENCE
LEAD CASE NO. 10-CV-002735-MMC

| | | |
|---|---|---|
| 1 | DATED: December 6, 2011 | ROBBINS UMEDA LLP |
| | | BRIAN J. ROBBINS |
| 2 | | GEORGE C. AGUILAR |
| | | ASHLEY R. PALMER |

                                                                  *s/ George C. Aguilar*
                                                                GEORGE C. AGUILAR

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
MARC GODINO
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Co-Lead Counsel for Plaintiffs*

DATED: December 6, 2011                        MORRISON & FOERSTER LLP
                                                                 JORDAN ETH
                                                                 JUDSON E. LOBDELL
                                                                CRYSTAL MCKELLAR

                                                           *s/ Crystal McKellar*
                                                            CRYSTAL MCKELLAR

425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

     E-filing attestation: I, George C. Aguilar, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Crystal McKellar has concurred in this filing.

Dated: December 6, 2011                          *s/ George C. Aguilar*
                                                                GEORGE C. AGUILAR

***ORDER***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference, currently set for December 16, 2011, at 10:30 a.m., is hereby continued to March 16, 2012, at 10:30 a.m. Any further request for a continuance shall be supported by a more detailed showing as to the progress the parties have made toward resolving the matter.

Dated: December 8, 2011

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

679415

- 3 -
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANGEMENT CONFERENCE
LEAD CASE NO. 10-CV-002735-MMC